# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

FILED

2026 APR 23 AM 11: 46

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

|  |  |
|---|---|
| Charles Kevin Kelley | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

**-v-**

Lee Bussart

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

Case No. 1:26-cv-0043

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name            Charles Kevin Kelley
Address         301 Deerpoint Rd.
                Unionville          TN.          37180
                        *City*              *State*          *Zip Code*
County          Bedford
Telephone Number    931-255-3492
E-Mail Address      cck11561@Gmail.Com

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                    Lee Bussart
Job or Title *(if known)*    Judge
Address                 301 Marshall Co. Court House
                        Lewisburg          TN.          37091
                                *City*              *State*          *Zip Code*
County                  Marshall
Telephone Number
E-Mail Address *(if known)*

[X] Individual capacity      [ ] Official capacity

Defendant No. 2

Name
Job or Title *(if known)*
Address

                                *City*              *State*          *Zip Code*
County
Telephone Number
E-Mail Address *(if known)*

[ ] Individual capacity      [ ] Official capacity

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Address _____

_____

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Address _____

_____

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity ☐ Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? Article 1 Section 9, No Bill of Attainer or post facto law I am a living man on the land. I do not stand Judge Lee Bissants Jurisdiction.

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

I was Arrested For Driving on Revoked on 2-26-26, with No consent. Charges include, Barratry, KidNapping 18 US code S 1201. I am DisAbled, the ADA Act was violated, Injured By cuffs + shoulder injury! Judge Bussart Disregwarded TWAT she has no jurisDiction over me. I Don't stand under her jurisDicta

B.    What date and approximate time did the events giving rise to your claim(s) occur?

2-26-26 Arrested
3-13-26. Court DATE - No conTRACT
22 hours in Jail

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The Deputy officers + The JuDge have no jurisBiction over me. I am not a Dead intity, I am a living man. No Drivers license Are required IF the state converts a right (liberty) into a priviledge, the citizen can ignore the license AND Fee and engage in the right with impunity.

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Judge LEE Bussart is continuing and advises of an 11 months 29 Days if I Don't appear again on April 12. she has no jurisdiction and No Contract, None. I am suing Judge Lee Bussart of Marshall County Court for violating my Constitutional Rights as a Living man. The Constitution guaranted by the Constitution, for the sume of Twenty Million Dollars.

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-23-26

Signature of Plaintiff _Charles Kevin Kelly_

Printed Name of Plaintiff Charles Kevin Kelley

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____
City            State        Zip Code

Telephone Number _____

E-mail Address _____

I Charles Kevin Kelley a living man on the land, file this case, you have unlawfully arrested me when I was traveling through Lewisburg Tennessee on the date of Feb. 26, 2026. With absolutely no consent from me. I will never consent to any of your unconstitutional Actions from your fictional statutes, rules regulations, or codes. maxim - A conclusion as to the use of a thing from it's abuse is invalid Broom. Max. 17. A repugnant act cannot be brought into being, cannot be made effectual. Plowd. 355. The mandate of an immoral or illegal thing is void. Dig. 17, 1, 6, 3, Even the ticket is a fraudulent act the deputy wrote unconstitutionally Article 1 section 9 said plainly No bill of Attainder or ex post facto law shall be passed. I am ADA both my shoulder are bad he cuffed me so tight it cut off the circulation and put unbearible pain on me. I ask him to stop and loosen them his answer to me was we will be there soon. My rights/liberty has been Violated. then in court I have been further Violated by a Judge /actor I don't even know if LEE BUSSART is a legal Judge lawfully with ability to even practice law in America do you have all your cordentuals Oath, license are you registered with FARA? Marbury V. Madison anything repugnant to the constitution is Void. for a contract to exists it has to have two signatures I also understand if it is contrary to the constitution it has no standing in court. I was

refused the opportunity to sign the contract by Johnson badge #5925 conspired by deputy Kurtz badge#5923 This clearly being Kidnapping on all parties involved including the Judge and any clerk with Knowledge of this unconstitutional Act. A cause must be shown as to why this is not part of a criminal organization! as I am living your corporation can only involve itself with dead entities, not the living man/woman making this a prime example of the RICO Act, piracy 18 USC 1651, Barratry, Kidnapping 18 US code 5 1201 which states the unlawful seizure, confinement or transportation of a person across state lines or within US territories. Murdock V. Pennsylvania 319 US 105 no state shall convert a liberty into a license and charge a fee therefore. Shuttlesworth V. City of Birmingham Alabama 373 US. 262 says if the state converts a right(liberty) into a priviledge, the citizen can ignore the license and fee and engage in the right with impunity. A statute is not law Flournoy V. First National Bank of Shreveport 197 La. 1067, 3 So. 2d, 244, 248. Article 6 paragraph 2 of the United States of America anything to the contrary notwithstanding. Maxim the main object of government is the protection and preservation of personal rights, private property and public liberties and upholding the law of God. Common law is the real law of the land anyone violating it has breached their oath of public office. So show cause as to why you are not a criminal organization committing treason here among many other crimes

committed here in this fraudulent case. My passport says from The secretary of the United States of America hereby request all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection. Any authority that violates natural rights constitutions of the sovereignty of the governed ceases to be lawful it becomes tyrannical by act regardless of its robe badge or budget line. Cruden V. Neale 2 NC. 338 (1796) every man is independant except those prescribed by nature he is not bound by any institutions formed by his fellow man without his consent. U.S. V. Minker 350 US 179 at 187 (1795) in as much as every government is an artificial person an abstraction and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having either actuality nor substance is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government as well as any law, agency aspect, court, etc. can concern itself with anything other than corporate, artificial persons. There can be no sanction or penalty imposed upon a citizen because of their exercise of a constitutional right. (white 97 Cal. APP. 3D 141, 158) Halsbury law there is no authority for administrative courts in this country and no Act can be passed to ligitimise them because of the constitutional restraints placed on her majesty at her coronation.

Case 1:26-cv-00043    Document 1    Filed 04/23/26    Page 9 of 10 PageID #: 9

I Charles Kevin Kelley IAm suing Judge Lee Bussart of marshall county Court FOR violating my Constitutional Rights As a living man. The Constitution guaranteed By The Constitution, for the sume of twenty Million Dollars.

Charles Kevin Kelley